## Bessie Simon, Appellant, v. Paula Balasic and Alfred Balasic, Appellees.

### Gen. No. 43,367.

Heard in the second division, first district, this court at the April term, 1945; opinion filed November 6, 1945; released for publication November 20, 1945. Jacob Levy, for appellant; Max M. & Samuel Grossman, for appellees; Samuel Grossman and Louis N. Grossman, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.